IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Ignacio Acevedo,                                          )   C.A. #2:11-3243-PMD
                                                          )
                        Plaintiff,                        )
                                                          )
            vs.                                           )        **ORDER**
                                                          )
Ace Partnership of Charleston, SC,                        )
                                                          )
                        Defendant.                        )
                                                          )

This matter is before the court upon the magistrate judge's recommendation that the within

action be dismissed.  Because plaintiff is pro se, this matter was referred to the magistrate judge.[1]

This Court is charged with conducting a de novo review of any portion of the magistrate

judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole

or in part, the recommendations contained in that report.  28 U.S.C. § 636(b)(1).  However, absent

prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court

to review the factual and legal conclusions of the magistrate judge.  Thomas v Arn, 474 U.S. 140

(1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's

report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate

court level.  United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).  No objections have been filed

to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this

case and the applicable law.  Finding no error in the report, this court adopts the report and

---

[1]Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local
Rule 73.02, D.S.C., the magistrate judge is authorized to review all pretrial matters and submit
findings and recommendations to this Court.

recommendation and incorporates it into this order.

For the reasons articulated by the magistrate judge, it is hereby **ordered** that the within

action is hereby **dismissed** without prejudice.

**AND IT IS SO ORDERED.**


PATRICK MICHAEL DUFFY
United States District Judge

December 29, 2011
Charleston, South Carolina